**SO ORDERED.**

**SIGNED this 1 day of April, 2021.**

_David M. Warren_

**David M. Warren**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

**IN RE:**

**JESSIE RUTH MCKOY,**                          **CASE NO. 20-01971-5-DMW**
                                                **CHAPTER 13**
     **DEBTOR**

### INTERIM CONSENT ORDER CONTINUING HEARING ON
### CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

**THIS CAUSE** comes before the Court on the Chapter 13 Trustee's Motion to Dismiss (Doc 27) and the Debtor's Response (Doc 28). This matter was scheduled and noticed for hearing on March 24, 2021, and the Chapter 13 Trustee and Debtor agree to the entry of this Interim Order according to the following terms:

**NOW THEREFORE, IT IS ORDERED** that in addition to the payments totaling $531.00 that posted on March 17, 2021, the Debtor shall remit a specific payment of $531.00 to the Chapter 13 Trustee on or before March 31, 2021. Should the Chapter 13 Trustee not receive the payment on or before March 31, 2021 or should the payment not be honored by the bank in any way, this case may be dismissed upon the Chapter 13 Trustee's notification to the Court, without further notice or hearing; and the Chapter 13 Trustee's Motion to Dismiss is reset for hearing on April 14, 2021, at 9:30 AM at 300 Fayetteville Street, 3rd floor Courtroom, Raleigh, NC 27601, subject to the conditions set forth herein.

**IN CONSENT**:

/s/ _Travis Sasser_                          /s/ _John F. Logan, Trustee_
Travis Sasser, State Bar No. 26707           John F. Logan, State Bar No. 12473
Attorney for Debtor                          Chapter 13 Trustee
2000 Regency Parkway, Suite 230              P.O. Box 61039
Cary, NC 27518                               Raleigh, NC 27661
919-319-7400 (ph)                            919-876-1355 (ph)
travis@sasserbankruptcy.com                  mburnett@ralch13.com

End of Document